# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GARY SHURLEY

NO. 2020 KW 0465

**AUGUST 03, 2020**

---

In Re: Gary Shurley, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1200345.

---

BEFORE: **HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED IN PART AND GRANTED IN PART.** The writ application is denied regarding the May 2, 2017 ruling on relator's motion for production of the grand jury proceedings and the district attorney's file. The proper method to seek review of the ruling denying a motion for production of documents or a request for a transcript is by filing a supervisory writ application with the proper court within thirty days of the ruling, not a motion for appeal and designation of the record. See La. Code Crim. P. art. 912.1(C)(1). Therefore, the district court did not err by dismissing relator's motion for appeal filed on September 18, 2017.

On or about April 5, 2017, relator timely filed an application for postconviction relief in the district court wherein he raised seven claims. Those claims were not reviewed by the Louisiana Supreme Court in its decision, see **State v. Shurley**, 2016-1878 (La. 1/9/18), 232 So.3d 554 (*per curiam*), which addressed relator's request for the grand jury transcripts. Accordingly, the writ application is granted, the August 5, 2019 Order denying the application for postconviction relief is vacated, and this matter is remanded for the district court to order the district attorney to file an answer on the merits if there are no procedural objections. If the district court determines that the factual and legal issues can be resolved based upon the application and answer, and supporting documents submitted by either party or available to the court, the court may grant or deny relief without any further proceedings. See La. Code Crim. P. art. 929(A). A copy of the district court's ruling shall be filed in this court on or before October 7, 2020.

**TMH
AHP
WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT